UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**<u>TRENTON</u>**  **<u>July 18, 2023</u>**
**OFFICE**  **DATE OF PROCEEDINGS**

**<u>JUDGE: TONIANNE BONGIOVANNI</u>**
**Digitally Recorded: John Moller**

**<u>TITLE OF CASE</u>:**  19-CV-8711 (GC)

ELYSSA HORNER
    V.
OCEANFIRST BANK, N.A., et al.

**<u>APPEARANCES:</u>**

Matthew Miller, Esq., for plaintiff
James McDonnell, Esq., for defendant

**<u>NATURE OF PROCEEDING:</u>**

Hearing on the Motion for Final Approval of Collective and Class Action Settlement (Docket Entry 75).
Order to be entered.

TIME COMMENCED: 11:20 a.m.
TIME ADJOURNED: 11:34 a.m.      s/ John Moller
TOTAL TIME: 14 MINUTES      Deputy Clerk